STATE v. THOMAS

No. 577P00

Case below: 140 N.C. App. 790

Notice of appeal by defendant pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 5 April 2001. Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001.

STATE v. THOMPSON

No. 114P01

Case below: 142 N.C. App. 698

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001.

STATE v. WALKER

No. 388P99-2

Case below: 134 N.C. App. 500

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 1 March 2001. Justice Edmunds recused.

STATE v. WASHINGTON

No. 74P01

Case below: 141 N.C. App. 354

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001. Justice Edmunds recused.

STATE v. WHITE

No. 38A01

Case below: 141 N.C. App. 352

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 1 March 2001.